Troy D. Monge, Esq.
Law Offices of Troy D. Monge, APC
2300 E. Katella Ave, Suite 325
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
FACSIMILE (714) 385-8123
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Kevin Downs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DOWNS, | No. 2:24-cv-0772-DB |
| Plaintiff, | **JOINT STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920; AND ORDER** |
| v. | |
| MARTIN O'MALLEY, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses under the Equal Access To Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of EIGHT HUNDRED TWENTY-SEVEN DOLLARS and FORTY-THREE CENTS ($827.43) and costs under 28 U.S.C. § 1920, in the amount of FOUR HUNDRED FIVE DOLLARS AND NO CENTS ($405.00). This amount represents

1

compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C § 2412(d) and § 1920.

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to the Law Offices of Troy D. Monge.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to the Law Offices of Troy D. Monge, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Attorney Troy Monge at the Law Office of Troy D. Monge.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel, including Law Offices of Troy D. Monge, may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Plaintiff and/or Counsel to seek Social Security Act attorney fees under 42 U.S.C. section 406(b), subject to the savings clause provisions of the EAJA.

I have spoken with Plaintiff, and he has assured me that his net worth is less than two million dollars.  (28 U.S.C. §2412(d)(2)(B)(i)).

1
2      Counsel for plaintiff accepts any payment of costs to be made either by
3   electronic fund transfer (EFT) or by check.
4
5                                                       Respectfully submitted,
6
7   Dated: May 30, 2024                                 /s/troymonge
                                                        TROY MONGE
8                                                       Attorney for Plaintiff
9
10
    Dated: May 30, 2024
11
                                                        PHILLIP A. TALBERT
                                                        United States Attorney
12                                                      MATHEW W. PILE
                                                        Associate General Counsel
13                                                      Office of Program Litigation, Office 7
14
                                                        /s/justinlmartin
15                                                      JUSTIN L. MARTIN[1]
                                                        Special Assistant United States Attorney
16                                                      * by email authorization on May 29, 2024
17
18
19
20
21
22
23
24
25
26
27
───────────────────────
28  [1] Pursuant to Local Rule 5-4.3.4(a)(i), the filer attests that all other signatories listed, and whose behalf the filing is submitted, concur in the filing's contents and have authorized the filing.

**ORDER**

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $827.43, as authorized by 28 U.S.C. § 2412, and $405.00 in costs under 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATED: June 4, 2024              /s/ DEBORAH BARNES
                                 UNITED STATES MAGISTRATE JUDGE